IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

SHANE FELDMAN, *et al.*,

    Plaintiffs,

v.                                       Case No. AW-06-2266

PRO FOOTBALL, INC., *et al.*

    Defendants.

\* \* \* \*  ooo0ooo  \* \* \* \*

PLAINTIFFS' CROSS-MOTION
FOR SUMMARY JUDGMENT

    Plaintiffs Shane Feldman, Paul Singleton and Brian Kelly, by undersigned counsel, pursuant to Fed. R. Civ. P. 56, hereby move for summary judgment on their Complaint under the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* and for the entry of injunctive and declaratory relief.

    As grounds for this motion, Plaintiffs submit the accompanying Memorandum in support thereof, Statement of Undisputed Facts and Exhibits.

WHEREFORE, Plaintiffs request that the Court grant their Motion for Summary Judgment.

Respectfully Submitted,

/s/
_____
Joseph B. Espo
Federal Bar No. 07490
jbe@browngold.com
Brown, Goldstein & Levy, LLP
120 East Baltimore Street,
Suite 1700
Baltimore, Maryland 21202
Phone: (410) 962-1030

/s/
_____
Marc P. Charmatz, Fed. Bar No. 09358
Rosaline Crawford, Fed. Bar No. 15643
marc.charmatz@nad.org
rosaline.crawford@nad.org
National Association of the Deaf
Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910
(301) 587-7732 (V/TTY)

/s/
_____
Rebecca B. Baden
Student Attorney*
Rebecca.baden@clinic.law.umaryland.edu
University of Maryland School of Law
500 W. Baltimore Street
Baltimore, Maryland 21201

Attorneys for Plaintiffs

---

* Practicing pursuant to Rule 702 of the Local Rules of the United States District Court for the District of Maryland, and Maryland Rule 16 governing admission to the bar.

## REQUEST FOR A HEARING

Plaintiffs request a hearing on their Motion.

                                              _____/s/_____
                                              Joseph B. Espo