IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

SHANE FELDMAN, et al.,

    Plaintiffs,

v.                                    Case No. AW-06-2266

PRO FOOTBALL, INC., et al.

    Defendants.

\* \* \* \*   ooo0ooo   \* \* \* \*

## JUDGMENT

The Court having been advised that the Plaintiffs have withdrawn their request for relief with respect to the issue of line of sight, which was the only issue remaining for further proceedings or trial pursuant to the Court's Memorandum Opinion and Order of September 30, 2008, it is, this 2nd day of December, 2008:

    1. ORDERED that Paragraph 4 of the Court's Order of September 30, 2008 be and hereby is STRICKEN; and

    2. The remainder of the Court's Order of September 30, 2008 be and hereby is ENTERED as the Court's FINAL JUDGMENT.

    3. The Clerk of the Court shall transmit a copy of this Judgment to all counsel of record.

/s/ Alexander Williams, Jr.
Alexander Williams, Jr.
United States District Judge